THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE  CITED OR RELIED
ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Stacy A. Pearson,       
Petitioner,
 
 
 

v.

 
 
 
State of South
Carolina,        Respondent.
 
 
 

On Writ of Certiorari
Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Memorandum Opinion No. 2004-MO-033
Submitted June 23, 2004 - Filed June 
 28, 2004

REVERSED

 
 
 
Assistant Appellate Defender 
 Aileen P. Clare, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Attorney General Douglas E. Leadbitter, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari 
 to review the denial of Petitioners application for Post-Conviction Relief 
 (PCR).  We reverse the denial of PCR pursuant to Rule 220(b), SCACR.  See 
 State v. Arthur, 296, S.C. 495, 374 S.E.2d 291 (1988), modified in 
 part, State v. Orr, 304 S.C. 185, 403 S.E.2d 623 (1991), revd 
 in part on other grounds, State v. Torrence, 305 S.C. 45, 406 S.E.2d 
 315 (1991) (waiver of right to jury trial must be knowing and voluntary).  
REVERSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.